**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Brenda Core,<br><br>    Plaintiff,<br><br>  vs.<br><br>Balboa Square Partners LLC; and Does 1-10,<br><br>    Defendants. | Case No.:  2:20-cv-06107-JAK-KS<br><br>**ORDER RE PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>**JS-6** |

Pursuant to the Stipulation to Dismiss Case (Dkt. 17), the above-entitled action is hereby dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS SO ORDERED.**

DATED:  October 8, 2020

_____
John A. Kronstadt
United States District Judge